IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOJANGLES' RESTAURANTS, INC.<br><br>Defendant. | Case No: 5:24-CV-00694-D |

## ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiffs Jason Davis, individually and on behalf of all others similarly situated; Voluntary Dismissal of the claims against Defendant Bojangles' Restaurant, Inc. without prejudice.

IT IS HEREBY ORDERED that Plaintiffs Jason Davis, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Bojangles Restaurant, Inc. is **GRANTED**, and this matter is now closed.

SO ORDERED. This _26_ day of February, 2025.

_____
JAMES C. DEVER III
United States District Judge